# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES B. KRAHENBUHL and HEATHER N. KRAHENBUHL,<br><br>                      Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>                      Defendants. | Case No. 2:09-cv-02360-GMN-GWF<br><br>**ORDER**<br><br>Motion to Substitute (#14) |

This matter is before the Court on Plaintiffs' Motion to Substitute and/or Join Additional Parties (#14), filed January 7, 2011.

Plaintiffs request that the Court grant them leave to add Multibank 2009-1 RES-ADC Venture LLC ("Multibank") as a defendant in this matter pursuant to Fed.R.Civ.P. 15(d) and LR 15-1. (*Id.*) The Federal Deposit Insurance Corporation ("FDIC") has filed a limited objection to Plaintiffs motion, objecting that Plaintiffs failed to attach an amended complaint to their motion and, as a result, the FDIC is unable to evaluate what claims will or will not be filed against Multibank. (#16).

LR 15-1 requires that a party requesting leave of the Court to amend a pleading "shall attach the proposed amended pleading to any motion to amend so that it will be complete in itself without reference to the superseding pleading." Therefore, the Court will order Plaintiffs to submit a proposed amended complaint before ruling on the present motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file a Proposed Amended Complaint in Support of their Motion to Substitute (#14) no later than **February 2, 2011**. Once the proposed amended complaint has been filed, the Court will schedule the present motion for hearing.

. . .

**IT IS FURTHER ORDERED** that Plaintiffs shall serve the Motion to Substitute and/or Join Additional Parties (#14) and the proposed amended complaint upon Multibank as required by Fed.R.Civ.P. 4.

DATED this 26th day of January, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**