# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES B. KRAHENBUHL and HEATHER N. KRAHENBUHL,<br><br>                        Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>                        Defendants. | Case No. 2:09-cv-02360-GMN-GWF<br><br>**ORDER** |

On January 26, 2011, the Court ordered (#17) that Plaintiffs should file a proposed amended complaint in support of their motion to substitute parties (#14). Plaintiffs complied with this order and filed their proposed amended complaint in support of their motion to substitute parties on February 2, 2011. (#18). The Court will grant Defendants an opportunity to respond to the motion to substitute parties (#14) and proposed amended complaint (#18). Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiffs' proposed amended complaint in support of their motion to substitute (#18) no later than **February 11, 2011**. Plaintiffs shall file a reply, if necessary, on or before **February 21, 2011**.

DATED this 3rd day of February, 2011.

                                                  _____
                                                  **GEORGE FOLEY, JR.**
                                                  **UNITED STATES MAGISTRATE JUDGE**