# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES B. KRAHENBUHL and HEATHER N. KRAHENBUHL,<br><br>                              Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al*.,<br><br>                              Defendants. | Case No. 2:09-cv-02360-GMN-GWF<br><br>**ORDER**<br><br>Motion to Substitute Parties (#14) |

This matter is before the Court on Plaintiffs' Motion to Substitute and/or Join Additional Parties and Motion to Open Discovery as to the New Parties (#14), filed January 7, 2011; Federal Deposit Insurance Corporation's Limited Opposition to Plaintiffs' Motion to Substitute and/or Join Additional Parties and Motion to Open Discovery as to the New Parties (#16), filed January 24, 2011; Plaintiffs' Proposed Amended Complaint in Support of Plaintiffs' Motion to Substitute (#18), filed February 2, 2011; and Federal Deposit Insurance Corporation's Response to Plaintiffs' Motion to Substitute and/or Join Additional Parties and Motion to Open Discovery as to the New Parties and Proposed Amended Complaint (#20), filed February 10, 2011.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Substitute and/or Join Additional Parties and Motion to Open Discovery as to the New Parties (#14) is **granted** as follows:

1.   Plaintiffs shall file their Amended Complaint on or before **March 14, 2011** and properly serve it upon the new parties named in this action; and

. . .

. . .

. . .

2.  Discovery will be reopened as to the new parties. Plaintiffs and the newly named parties shall submit a proposed joint discovery plan within **30 days** after service is effected.

DATED this 4th day of March, 2011.

                                        **GEORGE FOLEY, JR.**
                                        **UNITED STATES MAGISTRATE JUDGE**